NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-5151

H. DEAN COX, LAURA M. COX, NEAL B. HEAPS, BILLYE C. HEAPS,
DANIEL M. CRONIN, CAROL L. CRONIN, ROBERT E. ANDERSON,
MARGUERITE M. ANDERSON, PHIL W. MEAUX, and CAROL R. MEAUX
(individually and on behalf of others similarly situated),

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 04-CV-709, Judge Lawrence
J. Block.

ON MOTION

<u>O R D E R</u>

The appellants move without opposition for a 6-day extension of time, until April

21, 2009, to file their response to the court's November 6, 2008 order.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 17 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Sallie W. Gladney, Esq.
       Deborah K. Snyder, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 17 2009

JAN HORBALY
CLERK